**DISMISS; and Opinion Filed August 26, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01061-CR
No. 05-13-01062-CR

## GONZALO CHAVEZ JR., APPELLANT

### V.

## THE STATE OF TEXAS, APPELLEE

On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F01-75915-Q, F01-75916-Q

## MEMORANDUM OPINION
Before Justices Moseley, Bridges, and Lang-Miers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131061F.U05